# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento

JAM-KJN

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 2:15-cv-02703-~~KJM-EFB~~ |
| Plaintiff, | **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 108.213.72.144, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have until May 28, 2016 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 18th day of April, 2016.

By: _____

UNITED STATES DISTRICT JUDGE

1