Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
HEIT ERLBAUM, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.213.72.144,<br><br>　　　　　Defendant. | Case Number: 2:15-cv-02703-JAM-KJN<br><br>**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

　　　　THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the"Motion"), and the Court being duly advised in the premises does hereby:

　　　　ORDER AND ADJUDGE:   Plaintiff's Motion is granted. Plaintiff shall have until October 13, 2016 to effectuate service of a summons and complaint on Defendant.

　　　　SO ORDERED this 1st day of June, 2016

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**